**RUSHMORE LOAN MANAGEMENT SERVICES, LLC, Creditor–Appellee,**

**R. Clinton Stackhouse, Jr., Trustee.**

No. 14–1662.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 18, 2014.

Decided: Nov. 20, 2014.

Lisa Brooks Carlson, Appellant Pro Se. Ronald James Guillot, Jr., Samuel I. White, PC, Virginia Beach, Virginia, for Appellee.

Before NIEMEYER and MOTZ, Circuit Judges.*

* The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2006). Lisa

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa Carlson appeals from the district court's order affirming the bankruptcy court's order granting relief from the automatic stay. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Carlson v. Rushmore Loan Mgmt. Servs., LLC,* No. 2:13–cv–00693–AWA–DEM (E.D.Va. June 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

**In re Detrine HUDSON, Petitioner.**

No. 14–1685.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2014.

Decided: Nov. 20, 2014.

Detrine Hudson, Petitioner Pro Se.

Brooks Carlson, Appellant Pro Se.

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Detrine Hudson has filed petitions for a writ of mandamus, alleging the district court has unduly delayed processing a notice of appeal he filed in a 42 U.S.C. § 1983 (2012) action. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court docketed the notice of appeal and forwarded it to this court. Accordingly, because the district court has recently acted, we deny the mandamus petitions as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*